THOMAS P. O'BRIEN                                      **MADE JS-6**
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
        Federal Courthouse, 14th Floor
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:  (213) 894-2569
        Facsimile:  (213) 894-7177
        E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. CV 08-0538 GW(PLAx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $162,736.94 IN BANK FUNDS SEIZED FROM ONE CATHAY BANK ACCOUNT, | ) | |
| Defendant. | ) | |
| AUTO USED CAR, INC., | ) | |
| Claimant. | ) | |

        On or about January 28, 2008, plaintiff United States of

America ("the United States of America") filed a Complaint for

Forfeiture alleging that the defendant $162,736.94 in bank funds

(the "defendant bank funds") is subject to forfeiture pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2).

Claimant Auto Used Car, Inc. filed a verified claim to the defendant bank funds and an answer to the Complaint. No other parties have appeared in this case, and the time for filing claims and answers has expired.

The parties have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2).

3.   Notice of this action has been given as required by law. No appearances have been made in this case by any person other than claimant Auto Used Car, Inc. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4.   The sum of $15,000.00 only (without interest) shall be returned to claimant Auto Used Car, Inc. The remainder of the defendant bank funds, plus the interest earned by the United States of America on the defendant bank funds in their entirety, shall be condemned and forfeited to the United States of America. The

/ / /

2

Internal Revenue Service is ordered to dispose of the defendant
bank funds in accordance with law.

5. The funds to be returned to claimant Auto Used Car, Inc.
pursuant to paragraph 4 shall be forwarded by check payable to
"Hochman, Salkin, Rettig, Toscher & Perez, P.C., Attorney-Client
Trust Account," and shall be mailed to Steven Toscher, Esq.,
Hochman, Salkin, Rettig, Toscher & Perez, P.C., 9150 Wilshire
Boulevard, Suite 300, Beverly Hills, California 90212-3414.

6. Claimant Auto Used Car, Inc. hereby releases the United
States of America, its agencies, agents, officers, employees and
representatives, including, without limitation, all agents,
officers, employees and representatives of the Internal Revenue
Service and the Department of Justice and their respective
agencies, as well as all agents, officers, employees and
representatives of any state or local governmental or law
enforcement agency involved in the investigation or prosecution of
this matter, from any and all claims, actions, or liabilities
arising out of or related to this action, including, without
limitation, any claim for attorney fees, costs, and interest, which
may be asserted by or on behalf of claimant Auto Used Car, Inc.

7. Except as to the rights and obligations set forth in this
Consent Judgment of Forfeiture, and as to any civil tax
liabilities, claimant Auto Used Car, Inc. shall have no further
civil liability to the United States of America as a result of
claimant Auto Used Car, Inc.'s depositing of cash, as referenced in
the United States of America's verified complaint for forfeiture
filed on or about January 28, 2008, between August 2006 and
/ / /

3

September 2007 into the Cathay Bank Account in the name of Auto

Used Car, Inc. with an account number ending in 3834.

     8.   The Court finds that there was reasonable cause for the

seizure of the defendant bank funds and institution of these

proceedings.  Each of the parties hereto shall bear its own

attorney fees and costs.

     DATED: December 8, 2008


_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1

CONSENT

2        The parties hereto consent to the above consent judgment of

3   forfeiture and waive any right of appeal.

4   DATED: December 4, 2008          THOMAS P. O'BRIEN
                                     United States Attorney
5                                    CHRISTINE C. EWELL
                                     Assistant United States Attorney
6                                    Chief, Criminal Division
                                     STEVEN R. WELK
7                                    Assistant United States Attorney
                                     Chief, Asset Forfeiture Section
8

9                                    /s/ Victor A. Rodgers
                                     VICTOR A. RODGERS
10                                   Assistant United States Attorney

11                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
12

13  DATED: December 3, 2008          HOCHMAN SALKIN RETTIG TOSCHER &
                                     & PEREZ, P.C.
14

15                                   By /s/ Steven Toscher
                                     STEVEN TOSCHER, ESQ.
16
                                     Attorneys for Claimant
17                                   AUTO USED CAR, INC.

18

19

20

21

22

23

24

25

26

27

28

5